IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 98 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, et al. | : : : : : : : : : : : : | CIVIL ACTION <br><br> NO. 15-815 |
| Plaintiffs, | | |
| v. | | |
| LP HERMAN COMPANY and LAWRENCE HERMAN, | | |
| Defendants. | | |

## ORDER

AND NOW, this *21st* day of *January*, 2016, upon consideration of the Motion by Plaintiffs Local Union No. 98 International Brotherhood of Electrical Workers, et al. to Dismiss Defendants' Counterclaim for Accounting (Docket No. 14), and the Response by Defendants LP Herman Company and Lawrence Herman (Docket No. 15), it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

  *s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.